FILED
CLERK, U.S. DISTRICT COURT

JUN 29 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARTINEZ-AGUILAR,<br><br>Defendant. | NO. 2:20-MJ-03025-DUTY-1<br><br>ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of the defendant, IT IS ORDERED that a detention hearing is set for Monday, July 6, 2020, before the Honorable Karen L. Stevenson at one of the following times, to be determined in consultation with the Metropolitan Detention Center: 11:30am; 1:00pm; or 2:30pm. Pending this hearing, the defendant shall be held in custody by the United States Marshal.

DATED: June 29, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1